UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| KIMBERLY ROBINSON, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:17-CV-341-TAV |
| | ) | | 3:13-CR-71-TAV-HBG-6 |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## ORDER

Kimberly Robinson ("Petitioner") has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (Doc. 342).[1] Since it does not plainly appear from the face of the § 2255 motion that it should be summarily dismissed, the United States Attorney is hereby **ORDERED** to file an answer or other response to the motion within **thirty (30) days** from the date of this Order. *See* Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts.

Although a reply to the Government's answer is not necessary, if Petitioner wishes to file a reply, she **SHALL** file any reply within **thirty (30) days** from the date the Government files its answer or other response with the Court. *See* Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts.[2]

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Each document will be identified by the Court File Number assigned to it in the underlying criminal case.

[2] The Court directs Petitioner's attention to L.R. 7.1(b), which provides that briefs "shall not exceed 25 pages in length[,]" and L.R. 7.1(c), which provides that a reply brief shall directly reply to the points and authorities in Respondent's answer and shall not be used to reargue the points and authorities included in her § 2255 motion or to present any new issues.